**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 504 EAL 2020

           Respondent              :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

          v.                             :

                                       :

PETER MCNEIL,                       :

           Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.